### Theodore HERRERA, Sr., Plaintiff–Appellant,

v.

### D.K. BUTLER, Warden, Respondent– Appellee.

### No. 04–17211.

United States Court of Appeals, Ninth Circuit.

Submitted June 13, 2006.*

Filed June 15, 2006.

Theodore Herrera, Sr., Represa, CA, pro se.

Sharon M. Bunzel, Esq., O'Melveny & Myers, LLP, San Francisco, CA, for Plaintiff–Appellant.

Pamela K. Critchfield, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: RYMER, T.G. NELSON, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Petitioner Theodore Herrera contends that the district court erroneously dismissed his first petition for a writ of habeas corpus, and that either equitable tolling or relation back saves his second petition, which he filed over a year and a half after the dismissal of the first one, from dismissal under 28 U.S.C. § 2244(d).

We hold that equitable tolling is unavailable because Herrera did not pursue his rights diligently. *See Pace v. DiGuglielmo,* 544 U.S. 408, 418–19, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005); *Guillory v. Roe,* 329 F.3d 1015, 1018 (9th Cir.2003) (as amended). For the same reason, undue delay, Herrera's second petition does not relate back to his first petition. *See Anthony v. Cambra,* 236 F.3d 568, 577 (9th Cir.2000) (citing *Foman v. Davis,* 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962)).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.